BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:12-CR-083 MCE |
| | ) | |
| v. | ) | ORDER UNSEALING FILES |
| | ) | |
| VITALIY MULYAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon application of the government, and good cause appearing

therefore, IT IS HEREBY ORDERED that the files in the above-

referenced case be, and hereby are, UNSEALED.

DATED: March 2, 2012

/s/ Carolyn K. Delaney
HONORABLE CAROLYN K. DELANEY
United States Magistrate Judge