DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-00083 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| VITALY MULYAR, | ) | |
| | ) | Date: June 7, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's June 7, 2012, calendar, that it be continued until July 19, 2012, at 9:00 a.m. for status conference.

Review of discovery with regard to possible motions issues and conversation with Mr. Mulyar on aspects of defense preparation, including assessing the possible need for expert forensic assistance as well as possible non-trial resolution are on-going, but further time to continue and complete those undertakings is needed.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of

the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between June 7, 2012 and July 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: June 5, 2012　　　　　　　/s/ *Michelle Prince*
　　　　　　　　　　　　　　　　Michelle Prince
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Counsel for Plaintiff

Dated: June 5, 2012　　　　　　　/s/ Jeffrey L. Staniels
　　　　　　　　　　　　　　　　Jeffrey L. Staniels
　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on June 7, 2012, and to be re-calendared for July 19, 2012, at 9:00 a.m.  Time is excluded pursuant to the parties' stipulation as set forth above.

**IT IS SO ORDERED.**

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case　　　　　　2