```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     ) No. 2:12-cr-00083 MCE
                              )
            Plaintiff,        )
                              ) STIPULATION AND ORDER CONTINUING CASE
     v.                       )
                              )
VITALY MULYAR,                ) Date:  July 19, 2012
                              ) Time:  9:00 a.m.
            Defendant.        ) Judge: Hon. Morrison C. England, Jr.
                              )
_____)
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case be vacated from this court's July 19, 2012, calendar, and that it be continued until October 11, 2012, at 9:00 a.m. for status conference.

While various aspects of defense preparation continue, counsel for the parties have entered negotiations regarding possible non-trial disposition. The time requested is intended to permit the parties to determine whether terms for such a resolution can be agreed to assistance as well as to permit further progress in defense preparation if resolution is not agreed to.

///

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between July 19, 2012 and October 11, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: July 17, 2012      /s/ *Michelle Prince*
                          Michelle Prince
                          Assistant United States Attorney
                          Counsel for Plaintiff


Dated: July 17, 2012      /s/ Jeffrey L. Staniels
                          Jeffrey L. Staniels
                          Assistant Federal Defender
                          Counsel for Defendant
                          VITALY MULYAR


**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on July 19, 2012, and to be re-calendared for October 11, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2