```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VITALY MULYAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-083 MCE GGH |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING CASE |
| v. | ) |
| VITALY MULYAR, | ) |
| Defendant. | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the condition of Pretrial Release #17 in the above case be modified as set out below.

The condition which relates to computer access currently refers to a computer located at the defendant's sister's residence. Pretrial Services has approved a change of residence to a house recently purchased by Mr. Mulyar's parents. The modification replaces references to the sister and her residence with references to the parents and their residence. The proposed replacement language is, "17. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer. The one approved

computer allowed to remain at your residence shall be password protected by your parents and kept locked in their bedroom. You shall not use or have access to this computer unless authorized by Pretrial Services.

**IT IS SO STIPULATED.**

Dated: August 16, 2012         /s/ *Michelle Prince*
                               Michelle Prince
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated:  August 16, 2012        /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               VITALY MULYAR


**O R D E R**

The above stipulation is hereby accepted. In light of this order defendant's pending motion regarding this same issue is dismissed as moot, and this matter is dropped from this court's 2:00 p.m. calendar.

**IT IS SO ORDERED.**

                               By the Court,


Dated: 08/17/12                /s/ Gregory G. Hollows
                               _____
                               Hon. Gregory G. Hollows
                               United States Magistrate Judge