1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  VITALY MULYAR

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )  No. 2:12-cr-00083-MCE
11                                     )
                     Plaintiff,        )
12                                     )  STIPULATION AND ORDER CONTINUING CASE.
          v.                           )
13                                     )
   VITALY MULYAR,                      )  Date:  October 11, 2012
14                                     )  Time:  9:00 a.m.
                     Defendant.        )  Judge: Hon. Morrison C. England, Jr.
15                                     )
   _____)
16

17         **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20  be vacated from this court's October 11, 2012, calendar, that it be

21  continued until November 8, 2012, at 9:00 a.m. for status conference.

22         Along with various aspects of continued defense preparation, counsel

23  for the parties continue to discuss possible non-trial disposition.  The

24  time requested is intended to permit the parties to determine whether

25  terms for such a resolution can be agreed to as well as to permit further

26  progress in defense preparation if resolution is not agreed to.

27  ///

28  ///

1   **IT IS FURTHER STIPULATED** that the interests of justice to be served

2   by granting this continuance outweigh the interests of the public and of

3   the defendant in a speedy trial.  Therefore the parties agree that time

4   for trial should be excluded between October 11, 2012 and November 8,

5   2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

6   **IT IS SO STIPULATED**.

7

8   Dated: October 9, 2012          /s/ *Michelle Prince*
                                    Michelle Prince
9                                   Assistant United States Attorney
                                    Counsel for Plaintiff
10

11
    Dated: October 9, 2012          /s/ Jeffrey L. Staniels
12                                  Jeffrey L. Staniels
                                    Assistant Federal Defender
13                                  Counsel for Defendant
                                    VITALY MULYAR
14

15

16

17

18

19

20

21

22

23

24

25

26  ///

27  ///

28  ///

Stipulation & Order
Continuing Case                    2

**O R D E R**

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on October 11, 2012, and to be re-calendared for November 8, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case

3