JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-cr-00083-MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | |
| VITALY MULYAR, ) | Date: January 10, 2013 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 10, 2013, calendar, and that it be continued until January 24, 2013, at 9:00 a.m. for status conference. Entry of a change of plea at that time is anticipated.

Government Counsel expects to transmit a written plea offer in the immediate future. The time requested is intended to permit review of the terms of the offer with Mr. Mulyar.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

///

Therefore the parties agree that time for trial should be excluded between January 10, 2013 and January 24, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: January 9, 2013  /s/ *Michelle Prince*
Michelle Prince
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 9, 2013  /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this Court's criminal calendar on January 10, 2013, and to be re-calendared for January 24, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE