```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   VITALY MULYAR
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00083-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| VITALY MULYAR, | Date: January 24, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's January 24, 2013, calendar, and that it be continued until February 7, 2013, at 9:00 a.m. for status conference. Entry of a change of plea at that time is anticipated.

Government Counsel has provided a written plea offer. The time requested is intended to permit full review and explanation of the terms of the offer with Mr. Mulyar.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

///

Therefore the parties agree that time for trial should be excluded between January 24, 2013 and February 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: January 22, 2013 /s/ *Michelle Prince*
Michelle Prince
Assistant United States Attorney
Counsel for Plaintiff

Dated: January 22, 2013 /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this Court's criminal calendar on January 24, 2013, and to be re-calendared for February 7, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE