```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VITALY MULYAR
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:12-cr-00083-MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING CASE. |
| v. | ) |
| | ) |
| VITALY MULYAR, | ) Date: February 7, 2013 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Prince, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's February 7, 2013, calendar, and that it be continued until March 7, 2013, at 9:00 a.m. for status conference. Entry of a change of plea at that time is anticipated.

Government Counsel has provided a written plea offer which has been reviewed with Mr. Mulyar. The additional time requested is intended to permit further and more detailed consultation with Mr. Mulyar with regard to immigration aspects of a guilty plea.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time

for trial should be excluded between February 7, 2013 and March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: February 5, 2013      /s/ *Michelle Prince*
Michelle Prince
Assistant United States Attorney
Counsel for Plaintiff

Dated: February 5, 2013      /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
VITALY MULYAR

**ORDER**

The above stipulation is hereby accepted. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on February 7, 2013, and to be re-calendared for March 7, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE