```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VITALY MULYAR
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  No. 2:12-cr-083 MCE
                                 )
12               Plaintiff,      )
                                 )  STIPULATION AND ORDER CONTINUING CASE.
13       v.                      )
                                 )
14  VITALY MULYAR,               )  Date:  March 7, 2013
                                 )  Time:  9:00 a.m.
15               Defendant.      )  Judge: Hon. Morrison C. England, Jr.
                                 )
16  _____ )
```

17       **IT IS HEREBY STIPULATED** by and between Assistant United States
18  Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal
19  Defender Jeffrey L. Staniels, counsel for Defendant that the above case
20  be vacated from this court's March 7, 2013, calendar, and that it be
21  continued until April 4, 2013, at 9:00 a.m. for status conference.

22       Government Counsel has provided a written plea offer which has been
23  reviewed with Mr. Mulyar.  The additional time requested is intended to
24  permit further consultation with Mr. Mulyar with regard to immigration
25  aspects of a guilty plea.

26       **IT IS FURTHER STIPULATED** that the interests of justice to be served
27  by granting this continuance outweigh the interests of the public and of
28  the defendant in a speedy trial.  Therefore the parties agree that time

for trial should be excluded between March 7, 2013 and April 4, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: March 5, 2013 /s/ *Michele Beckwith*
Michele Beckwith
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 5, 2013 /s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
VITALY MULYAR

**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on March 7, 2013, and to be re-calendared for April 4, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stipulation & Order 2