HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VITALY MULYAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-083 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| VITALY MULYAR, | |
| Defendant. | Date: August 1, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Benjamin Galloway, counsel for Defendant, that the above case be vacated from this court's June 13, 2013, calendar, and that it be continued until August 1, 2013, at 9:00 a.m. for status conference.

Counsel for the Defendant was recently assigned to represent Mr. Mulyar due to the impending retirement of previous counsel, Assistant Federal Defender Jeff Staniels. The additional time requested is intended to permit counsel for the Defendant to become familiar with the case and allow consultation with Mr. Mulyar.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of

the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between June 13, 2013 and August 1, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

DATED: June 10, 2013                     Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         VITALIY MULYAR

DATED: June 10, 2013                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Benjamin Galloway for
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The above stipulation is hereby accepted.  The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  This matter is ordered to be dropped from this court's criminal calendar on June 13, 2013, and to be re-calendared for August 1, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Date: June 11, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT