BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VITALIY MULYAR,<br><br>Defendant, | Case No. 2:12-CR-083 MCE<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 1, 2013 at 9:00 a.m.

2. By this stipulation, the parties move to continue the status conference until August 29, 2013, at 9:00 a.m. and to exclude time between August 1, 2013 and August 29, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided defense counsel with the discovery associated with this case, which includes forensic computer evidence. Counsel for the defendant, Assistant Federal Defender Benjamin Galloway, was recently assigned to this case due to the retirement of prior

1

1 counsel, Assistant Federal Defender Jeffrey Staniels.

  b. Based on the recent reassignment, defense counsel needs additional time, taking into account the exercise of due diligence, to review the discovery, the case file, and to consult with the defendant to assess potential trial and sentencing issues, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of the parties, the parties ask that the Court set this matter for a status conference on August 29, 2013, at 9:00 a.m. and that it find excludable time from August 1, 2013 through and including the August 29, 2013 status conference. Because of the need for additional preparation outlined above, a denial of a continuance to August 29, 2013 would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 1, 2013 to August 29, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 7/25/2013   /s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

DATED: 7/25/2013   /s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Counsel for Vitaliy Mulyar

# O R D E R

The above stipulation is hereby accepted. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. The status conference currently scheduled for August 1, 2013, is hereby vacated and continued to **August 29, 2013, at 9 a.m.** in Courtroom 7.

IT IS SO ORDERED.

Dated: August 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3